UTICA,
Aug. 1828.

Stiles
*ads.*
Jackson.

### Baker *vs.* Hunt.

Motion that clerk pay over to plaintiff money received by him of the defendant.   The defendant in this cause, without obtaining a rule for that purpose, paid to the clerk of this court, at Utica, $1481, in satisfaction of the plaintiff's demand.   The clerk received the defendant's check for the amount, but declined giving a receipt for the same, until farther advised.   In the course of a day or two, he returned the draft to the defendant, informing him that he was not authorized to receive the money, without a rule of court for that purpose.   And a motion was now made by the attorney for the plaintiff, that the clerk pay the money to him.

*The clerk is not authorized to receive money paid into court, without rule.*

*Lockwood*, for plaintiff.

*S. Beardsley*, contra.

*By the Court*, Savage, Ch. J.   The motion is denied, with costs.   The clerk had no right to receive the money, without a rule of court, and acted correctly in returning it to the defendant.   (*See* 2 *T. R.* 62 ; 1 *Sell. Prac.* 18, 277, 8, 9 ; 1 *Tidd*, 566.)